UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

HENRY RACHAL,            ) CV 07-02740-SH
                         )
           Plaintiff,    ) JUDGMENT
     v.                  )
                         )
MICHAEL J. ASTRUE,       )
Commissioner of Social Security )
Administration,          )
                         )
           Defendant.    )
_____ )

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded for further proceedings, pursuant to Sentence 4 of U.S.C. § 405(g).

DATED: <u>June 30, 2008</u>

_____/ s /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE